UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X    Civ. No.: 07-CV-3270
BARAK REAL ESTATE CORP.,

                    Plaintiff,

               -against-

                                                      **AFFIDAVIT OF SERVICE**

CHURCH LOANS & INVESTMENTS
TRUST, and MAJED S. IBRAHIM,

                    Defendants.
--------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NASSAU     )

       DAWN MIGLIORE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and that on April 25, 2007, I served a true copy of the attached **RULE 1.6 NOTICE** dated April 20, 2007 by mailing a true copy thereof, by REGULAR MAIL, to the person(s) listed below, addressed as follows:

Altman and Altman, Esqs.
Attorneys for Plaintiff
1009 East 163rd Street
Bronx, New York 10459

                                                       _____
                                                       DAWN MIGLIORE

Sworn to before me this
25th day of April, 2007

_____
NOTARY PUBLIC

W:\Clients A-Z\Clients A-E\Church Loans\Barak\AffofServ-001dmm.wpd

        KATHY A WETTERHAHN
   Notary Public, State of New York
          No. 01WE6157142
      Qualified in Nassau County
  Commission Expires Dec. 04, 20 10