UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BARAK REAL ESTATE CORP.,

                Plaintiff,

              -against-

CHURCH LOANS & INVESTMENTS
TRUST, and MAJED S. IBRAHIM,

                Defendants.
------------------------------------------------------X

Civ. No.: 07-CV-3270

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NASSAU  )

       DAWN MIGLIORE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and that on April 25, 2007, I served a true copy of the attached **NOTICE OF REMOVAL** dated April 20, 2007 with Summons and Verified Complaint by mailing a true copy thereof, by REGULAR MAIL, to the person(s) listed below, addressed as follows:

Altman and Altman, Esqs.
Attorneys for Plaintiff
1009 East 163rd Street
Bronx, New York 10459

                                            DAWN MIGLIORE

Sworn to before me this
25th day of April, 2007

NOTARY PUBLIC

W:\Clients A-Z\Clients A-E\Church Loans\Barak\AffofServ-003dmm.wpd

KATHY A WETTERHAHN
Notary Public, State of New York
No. 01WE6157142
Qualified in Nassau County
Commission Expires Dec. 04, 2010