UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X   Civ. No.: 07-CV-3270
BARAK REAL ESTATE CORP.,

                Plaintiff,

              -against-

                                **AFFIDAVIT OF SERVICE**

CHURCH LOANS & INVESTMENTS
TRUST, and MAJED S. IBRAHIM,

                Defendants.
---------------------------------------------------------X

STATE OF NEW YORK   )
                              )   ss.:
COUNTY OF NASSAU   )

        ROBIN LAWRENCE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age, and that on April 25, 2007, I served a true copy of the **ANSWER OF CHURCH LOANS AND INVESTMENTS TRUST** dated April 25, 2007 by mailing a true copy thereof, by REGULAR MAIL, to the person(s) listed below, addressed as follows:

Altman and Altman, Esqs.
Attorneys for Plaintiff
1009 East 163rd Street
Bronx, New York 10459
Attention: Joseph Altman, Esq.

                                               /s/ Robin Lawrence
                                               ROBIN LAWRENCE

Sworn to before me this
25th day of April, 2007

/s/Kathy Wetterhahn
Notary Public, State of New York
No. 01WE6157142
Qualified in Nassau County
Commission Expires December 4, 2010